**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-00874-ZLW

ALBERT PETER GRENIER,

    Plaintiff,

v.

CLERK OF THE COURT (Respondent),
THE PEOPLE OF THE STATE OF COLORADO, and
ARAPAHOE COUNTY DISTRICT COURT,

    Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    This matter is before the Court on the "Motion for Order for Injunction of File Fee" (Doc. No. 44), filed on February 6, 2012, by Plaintiff, Albert Peter Grenier. The Court is unsure what relief Mr. Grenier is seeking with his motion but will attempt to construe its meaning.

    If Mr. Grenier is asking to stop making filing fee payments, the Motion is denied as moot. As of December 6, 2011, Mr. Grenier has paid the entire $350.00 filing fee.

    To the extent, Mr. Grenier is asking for a refund of the $350.00 filing fee, the motion is also denied. The Court reminds Mr. Grenier that in the May 7, 2010, Order Granting Leave to Proceed Pursuant to 28 U.S.C. § 1915, he was required to pay the full amount of the required $350.00 filing fee. *(See* ECF No. 7 at 1.)

Dated: February 8, 2012